UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KYLE W. TURPIN, | ) | |
| Petitioner, | ) | 2:11-cv-01765-JCM-PAL |
| vs. | ) | |
| | ) | ORDER |
| WARDEN BRIAN WILLIAMS, et al., | ) | |
| Respondents. | ) | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*.[1]  The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion.  Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action.  Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*.  Petitioner shall have thirty (30) days from the date of the

---

[1] Petitioner filed a Financial Certificate and his prison account statement, but no actual *in forma pauperis* application.

entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

Dated, this 16 day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

-2-